# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Tommy Owens,

    Plaintiff(s),

JUDGMENT IN A CIVIL CASE

vs.

3:08cv264

Mr. J. Keefover et al,

    Defendant(s).


DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/16/2008 Order.


Signed: June 17, 2008

Frank G. Johns, Clerk
United States District Court